Olson against Rube R. Fogel. W. P. Vining, for appellant. S. Kohn, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, P. J., dissents.

O'MALLEY et al. v. O'MALLEY et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Annie J. O'Malley and others against Josephine O'Malley and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ONONDAGA COUNTY, Respondent, v. STRONG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Onondaga County against Daniel H. Strong and others. No opinion. Motion for leave to appeal to Court of Appeals (from 134 N. Y. Supp. 1140) denied, with $10 costs.

OOT, Respondent, v. VILLAGE OF EAST SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Joseph Oot against the Village of East Syracuse. No opinion. Judgment affirmed, with costs.

OPPENHEIMER v. TREBLE REALTY CO. et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Herman S. Oppenheimer against the Treble Realty Company and others. No opinion. Application granted, upon plaintiff's complying with terms stated in order. Order signed. See, also, 134 N. Y. Supp. 1095.

OPPENHEIMER v. VAN RAALTE et al. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Appeal from Special Term, New York County. Action by Louis Oppenheimer against Emanuel Van Raalte and another. From an order granting a bill of particulars, defendants appeal. Modified. See, also, 133 N. Y. Supp. 1135. M. C. Katz, of New York City, for appellants. E. H. Sykes, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified, by requiring the defendants to give particulars as to subdivisions F, G, H, and I in the plaintiff's notice of motion, and, as modified, affirmed, without costs.

ORDINEWICH, Respondent, v. MIKANTOWICZ, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by Anastasia Ordinewich against Mary Mikantowicz. No opinion. Judgment affirmed, with costs.

O'REILLY, Appellant, v. DODGE; Respondent. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by John J. O'Reilly against Alfred C. Dodge. No opinion. Motion to dismiss appeal granted, with costs.

ORMAND, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Norma Ormand against the Crosstown Street Railway Company of Buffalo, impleaded with others. No opinion. Judgment and order affirmed, with costs.

OSBORNE, Respondent, v. THORN, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Ella C. Osborne against Emily A. Thorn. M. D. Steuer, for appellant. H. D. Stephens, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OSSET, Respondent, v. WELCH, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Joseph Osset against Martin Welch. No opinion. Judgment and order unanimously affirmed, with costs.

OWNERS' SYNDICATE CO. v. KOELBLE. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Owners' Syndicate Company against Anthony F. Koelble. No opinion. Application denied, with $10 costs. Order signed. See, also, 134 N. Y. Supp. 925.

PAGNILLO, Respondent, v. MACK PAVING & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1912.) Action by Maria A. Pagnillo, as administratrix, etc., against the Mack Paving & Construction Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 134 N. Y. Supp. 700) denied, without costs.

PALMER, Respondent, v. BREWER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) Action by Esther J. Palmer against Reuben G. Brewer and another, as executors, etc., and others. No opinion. Judgment and order affirmed, with costs.

PARKER, Respondent, v. SIMMONS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by Maurice M. Parker against John Simmons. No opinion. Passed twice, and dismissed, with costs, under general rule 39.

PARSAN, Respondent, v. NEW YORK BREWERIES CO., Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Anna P. Parsan, as administratrix, against the New York Breweries